IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ZANNIE JAY LOTHARP,              )
                                 )
              Plaintiff,         )
                                 )
         v.                      )      1:20cv1062
                                 )
OFFICE OF THE U.S. ATTORNEY,     )
                                 )
              Defendant.         )
```

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On April 8, 2022, the Court (per United States District Judge Loretta C. Biggs) adopted the recommendation of the undersigned United States Magistrate Judge (see Docket Entry 3), dismissing this action "pursuant to 28 U.S.C. § 1915A for being frivolous or malicious or for failing to state a claim upon which relief may be granted" (Docket Entry 28 (the "Order") at 1; see also Docket Entry 29 (the "Judgment")). On April 22, 2022, Plaintiff mailed a document (Docket Entry 30 (the "Motion")) entitled "Motion to Reconsider, Amend, and Vacate Judgement" (id. at 1). Nothing in the Motion alters the conclusions in the Order or Judgment.

**IT IS THEREFORE RECOMMENDED** that the Motion (Docket Entry 30) be **DENIED**.

This 28th day of April, 2022.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**